ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :

      - v -                    :     NOTICE OF INTENT TO
                                     FILE AN INFORMATION
AUSTIN KEY,                      :

            Defendant.       :     **07 CRIM 995**

- - - - - - - - - - - - - - - - x

     Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         October 12, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

              By: _____
                  Katherine A. Lemire
                  Assistant United States Attorney

             AGREED AND CONSENTED TO:

            By: _____
                  Raymond Granger, Esq.
                  Attorney for Austin Key

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07

10/16/07  WHEEL A