```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :
                                      WAIVER OF INDICTMENT
         -v.-                    :
                                      07 Cr.      (AKH)
AUSTIN KEY,                      :

                                 :
              Defendant.
- - - - - - - - - - - - - - - - x
```

07 CRIM 995

     AUSTIN KEY, the above-named defendant, who is accused of violating Title 18, United States Code, Section 201 and being advised of the nature of the charges and his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
AUSTIN KEY

_____
WITNESS

_____
Raymond Granger, Esq.
Counsel for Austin Key

Date:   New York, New York
        October 24, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 24 2007