

RECEIVED NOV 30 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 30, 2007

*conf. adjourned,
all time excluded,
to Dec. 18, 2007,
at 11:00am.
11-30-07*
[signature]

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:   United States v. Austin Key
              07 Cr. 995 (AKH)

Dear Judge Hellerstein:

       A conference for the above-referenced case is set for Monday, December 3, 2007 at 9:45 a.m. The Government requests that the Court briefly adjourn the conference. The reason for the request is that the parties are actively working toward a disposition of this matter, and we anticipate that the disposition will be finalized shortly. In addition, the defendant must travel several hours from his residence in upstate New York in order to attend the conference, and an adjournment until a disposition is reached would relieve him from making two trips to New York City in a short period of time.

       The Government also requests that the Court toll the speedy trial clock between today and the date of the next conference because the delay would serve the ends of justice and outweigh the interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A), because the parties are engaged in active plea negotiations.

       I have spoken with Raymond R. Granger, Esq., counsel for the defendant, who consents to this adjournment and the waiver of speedy trial time. The parties request an adjournment,

Honorable Alvin K. Hellerstein
November 30, 2007
Page 2

if possible, to the afternoon of December 14, or any time on December 19 or 21.

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney

By: _____
                Katherine A. Lemire
                Assistant United States Attorney
                (212) 637-2532

cc:  Raymond R. Granger, Esq.