


LAW OFFICES OF
## RAYMOND R. GRANGER
757 THIRD AVENUE
7TH FLOOR
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 688-1669
FACSIMILE: (212) 688-1929

April 3, 2008

BY FACSIMILE (212/805-7942)
AND FIRST-CLASS MAIL

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
Room 1050
New York, York 10007

    Re: United States v. Austin Key,
        S.D.N.Y. Criminal Docket No. 07 Cr. 995 (AKH)(S1)

Dear Judge Hellerstein:

    I write to request that the conditions of release for Austin Key be modified temporarily to allow him to assist his wife in moving outside New York State to start a new job. Specifically, Mr. Key requests permission to travel with his wife to Salt Lake City, Utah, leaving Watertown, New York, on April 7, 2008, and returning to Watertown on April 15. I have contacted AUSA Kenneth Polite regarding this request, and he has advised me that the government does not object.

    Thank you for your consideration of this request.

Very truly yours,

Raymond R. Granger

*So ordered, on condition that a detailed itinerary and telephone contacts are provided to the probation officer and the AUSA. 4-4-08* [handwritten annotation signed by Judge Hellerstein]

The Honorable Alvin K. Hellerstein
April 3, 2008
Page 2


cc: AUSA Katherine A. Lemire
    AUSA Kenneth Polite
    United States Attorney's Office
    Southern District of New York
    One St. Andrew's Plaza
    New York, New York 10007

    Captain Austin Key