UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA )
)
v. ) **NOTICE OF APPEARANCE AND REQUEST**
) **FOR ELECTRONIC NOTIFICATION**
) **S1 07 Cr. 995 (AKH)**
AUSTIN KEY, )
)
      Defendant. )

TO:   Clerk of Court
       United States District Court
       Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                       Respectfully submitted,

                       MICHAEL J. GARCIA
                       United States Attorney for the
                       Southern District of New York

                       by:   Loyaan A. Egal   /s
                           Assistant United States Attorney
                           (212) 637-2205

TO:   Raymond Granger, Esq.